UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DALE YOUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC.,<br>etc., *et al*.,<br><br>　　　　Defendant, | 2:11-cv-452-RLH-RJJ<br><br><br>O R D E R |

　　　　IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 5, 2011

　　　　IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

　　　　1.　　Shall identify the discovery that has been completed;

　　　　2.　　Shall identify the discovery that remains outstanding;

　　　　3.　　Shall identify any pending discovery motions; and,

　　　　4.　　Shall detail all attempts to settle the case.

　　　　DATED this __13th__ day of April, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge