Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Christina M. Mallatt
Nevada Bar No. 9112
christina.mallatt@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Werner Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DALE E. YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>WERNER ENTERPRISES, INC., a Nebraska Corporation; ROE business organizations I-X; DOE INDIVIDUALS I-X,<br><br>    Defendant. | Case No.: 2:11-cv-00452-RLH-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective

counsel, that the above-entitled action be dismissed with prejudice in its entirety, each party to bear

/ / /

/ / /

/ / /

1    its own fees and costs.

2

3    Dated this 9th day of May, 2011.          Dated this 9th day of May, 2011.

4    KEMP & KEMP ATTORNEYS AT LAW              OGLETREE, DEAKINS, NASH, SMOAK &
                                               STEWART, P.C.
5

6    _____                 _____
     James P. Kemp, Esq.                        Anthony L. Martin, Esq.
7    Nevada Bar No. 6375                        Nevada Bar No. 8177
     7435 West Azure Drive, Suite 110           Christina M. Mallatt, Esq.
8    Las Vegas, NV 89130                        Nevada Bar No. 9112
     *Attorneys for Plaintiff*                  3800 Howard Hughes Parkway, Suite 1100
9                                               Las Vegas, NV  89169
                                               *Attorneys for Defendant Werner Enterprises, Inc.*
10

11                              **ORDER**

12   IT IS SO ORDERED.

13
     Dated this 10th day of May, 2011.
14

15                                   _____
16                                   United States District Judge

17

18   10206164.1 (OGLETREE)

19

20

21

22

23

24

25

26

27

28

2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800